IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REO COVINGTON,

    Plaintiff,

v.

JON F. LITSCHER, MARK HEISE,
PAUL KEMPER, GERALD KONITZER,
K. MARKS, JUDY SMITH,
DR. SHALLCROSS and WISCONSIN
DEPARTMENT OF CORRECTIONS,

    Defendants,

JUDGMENT IN A CIVIL CASE

16-cv-217-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                   3/12/2018

Peter Oppeneer, Clerk of Court             Date