IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

District Case No. 16-CV-217

In Re: Reo L. Covington-Plaintiff

    Vs.

Wisconsin Department of Corrections,
          Defendants.

---

PLAINTIFF'S NOTICE OF APPEAL;

---

Notice of Appeal to the United States Court of Appeals for the Seventh Circuit: Reo L. Covington, the plaintiff appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment and order of the Western District Court of Wisconsin, entered in this case on March 12, 2018. The parties to the judgment appealed from are:

Plaintiff, Reo L. Covington
    P.O. Box 3310
    Oshkosh, Wisconsin 54903-3310

And, Defendants-Wisconsin Department of Corrections
    3099 East Washington Avenue
    Madison, Wisconsin 53707-7925

So Executed on this 22nd Day of March, 2018.

Respectfully Submitted,

_____
Reo L. Covington-Plaintiff/Appellant
P.O. Box 3310
Oshkosh, Wisconsin 54903-3310